**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Maira Rosalia Amaya-Membreno,
Petitioner,
v.
Pamela Bondi, et al.,
Respondents.

No. CV-26-05422-PHX-JCH

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) On September 2, 2026, Respondents filed a Notice stating that Petitioner is tentatively scheduled for removal on September 6, 2026. (Doc. 10.)

Accordingly,

**IT IS ORDERED requiring** Respondents to file a status report as to the current status of this matter no later than September 8, 2026.

Dated this 3rd day of September, 2026.

John C. Hinderaker
United States District Judge