**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Maira Rosalia Amaya-Membreno,<br>Petitioner,<br>v.<br>Pamela Bondi, et al.,<br>Respondents. | No. CV-26-05422-PHX-JCH<br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On September 8, 2026, Respondents filed a Status Report indicating Petitioner was removed from the United States on September 6, 2026. (Doc. 14.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

Accordingly

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 10th day of September, 2026.

John C. Hinderaker
United States District Judge